1   Conte C. Cicala, State Bar No. 173554
    FLYNN, DELICH & WISE LLP
2   One California Street, Suite 350
    San Francisco, CA 94111
3   Telephone: (415) 693-5566
    Facsimile: (415) 693-0410

4
    Attorneys for Plaintiff
5   COSCO CONTAINER LINES COMPANY
    LIMITED

6   B. Alexander Moghaddam, State Bar No. 141199
    Lisa A. Stilson (196059)
7   LAW OFFICES OF ALEXANDER MOGHADDAM,
    PC
8   2001 Wilshire Blvd., Suite 210
    Santa Monica CA 90403
9   Telephone: (310) 315-3442
    Facsimile: (310) 315-4144

10
    Attorneys for Defendant and
11  Third Party Plaintiffs HECNY SHIPPING
    LIMITED & HECNY TRANSPORTATION, INC.

12
13  B. Clyde Hutchinson, State Bar No. 037526
    Liza Siu Mendoza, State Bar No. 242493
14  LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
15  1999 Harrison Street, Suite 2600
    Oakland CA 94612-3541
16  Telephone: (510) 433-2600
    Facsimile: (510) 433-2699

17  Attorneys for Third Party Defendant
    ROYAL WHITE CEMENT, INC.
18
19  William R. Gilmore, State Bar No. 238593
    STRASSBURG, GILMORE & WEI, LLP
20  600 Lake Avenue, Suite 305
    Pasadena, CA  91106
21  Telephone:     (626) 683-9933
    Facsimile:     (626) 683-9944

22  Attorneys for Third-Party Defendant
    GLOBAL CARGO CONNECTION and WORLD
23  WAY INTERNATIONAL INC.

24
25              UNITED STATES DISTRICT COURT

26            NORTHERN DISTRICT OF CALIFORNIA

27
28

LOMBARDI, LOPER & CO    NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA. 94612   -3541

LOMBARDI, LOPER & CO   NANT, LLP
1999 Harrison Street, Suite   2600
Lake Merritt Plaza
Oakland, CA 94612   -3541

1   COSCO CONTAINER LINES
COMPANY LIMITED,

2                     Plaintiff,

3   v.

4

5   HECNY SHIPPING LIMITED, HECNY
TRANSPORTATION INC., EXEL
INTERMODAL TRANSPORTATION,
6   and DOES 1 THROUGH 10,

7                     Defendants.

8

9   HECNY SHIPPING LIMITED, HECNY
TRANSPORTATION INC.,

10                     Third-Party Plaintiffs,

11   v.

12   EXEL INTERMODAL, INC.; GLOBAL
CARGO CONNECTION; WORLD WAY
13   INTERNATIONAL; ROYAL WHITE
CEMENT; QINGDAO JUNYANG INT'L
14   LOGISTICS CO.; and ROES 1 through 10,
inclusive,

15

16                     Third-Party Defendants.

17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Case No.  3:09-cv-04173 RS

**STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5"

The parties agree to participate in the following ADR process:

- Court Process Mediation (ADR L.R. 6)

The court ordered the parties to mediate within 90 days of the Case Management Scheduling Order, or November 9, 2010.

Dated:    September 8, 2010                  FLYNN, DELICH & WISE LLP

By:    /s/ Conte C. Cicala
_____
Conte C. Cicala,
Attorneys for Plaintiff
COSCO CONTAINER LINES
COMPANY LIMITED

Dated:    September 13, 2010                 LAW OFFICES OF ALEXANDER
MOGHADDAM, PC

By:    /s/ B. Alexander Moghaddam
_____
B. Alexander Moghaddam
Attorneys for Defendant and
Third Party Plaintiffs HECNY SHIPPING
LIMITED & HECNY
TRANSPORTATION, INC.

Dated:    September 14, 2010                 LOMBARDI, LOPER & CONANT, LLP

By:    /s/ Liza Siu Mendoza
_____
B. Clyde Hutchinson
Liza Siu Mendoza
Attorneys for Third-Party Defendant
ROYAL WHITE CEMENT, INC.

Dated:    September 14, 2010                 STRASSBURG, GILMORE & WEI, LLP

By:    /s/ William R. Gilmore
_____
William R. Gilmore
Attorneys for Third-Party Defendant
GLOBAL CARGO CONNECTION and
WORLD WAY INTERNATIONAL INC.

LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

1

# [PROPOSED] ORDER

2

3        Pursuant to the Stipulation above, the captioned matter is herby referred to:

4            • Court Process Mediation

5        On August 11, 2010, the court ordered the parties to mediate within 90 days of the Case

6    Management Scheduling Order, or November 9, 2010.

7        IT IS SO ORDERED.

8

9    DATED: ___9/14/10___        _____

10                                THE HONORABLE RICHARD SEEBORG
                                    U.S. DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical">LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541</div>

30931-39520 LSM 587487.1            4            Case No. 3:09-cv-04173 RS