*E-Filed 11/5/10*

1   Conte C. Cicala (173554)
    FLYNN, DELICH & WISE LLP
2   343 Sansome Street, Suite 540
    San Francisco, CA 94104
3   Telephone: (415) 693-5566
    Facsimile: (415) 693-0410
4
    Attorneys for Plaintiff
5   COSCO CONTAINER LINES COMPANY LIMITED

6

7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  COSCO CONTAINER LINES COMPANY      )   Case No.:  CV 09-04173 RS
    LIMITED,                           )
12                                     )
                                       )   **STIPULATION AND ~~PROPOSED~~ ORDER**
13             Plaintiff,              )   **TO CONTINUE MEDIATION AND**
                                       )   **MEDIATION DEADLINE**
14        vs.                          )
                                       )   Complaint filed:  09/09/09
15                                     )   CMC:              03/24/11
    HECNY SHIPPING LIMITED, HECNY      )   Pre-trial conf:   07/07/11
16  TRANSPORTATION INC., EXEL          )   Trial:            07/18/11
    INTERMODAL, and DOES 1 THROUGH 10, )
17                                     )   Hon. Richard Seeborg
                                       )   Courtroom 3, 17th Floor
18             Defendants.             )
    ─────────────────────────────────)
19  HECNY SHIPPING LIMITED, HECNY      )
    TRANSPORTATION INC.,               )
20                                     )
                                       )
21             Third-Party Plaintiffs, )
                                       )
22                                     )
          vs.                          )
23                                     )
    EXEL INTERMODAL, INC.; GLOBAL      )
24  CARGO CONNECTION; WORLD WAY        )
    INTERNATIONAL; ROYAL WHITE         )
25  CEMENT; QINGDAO JUNYANG INT'L      )
    LOGISTICS CO.; and ROES 1 through 10,)
26  inclusive,                         )
                                       )
27             Third-Party Defendants. )
    ─────────────────────────────────)
28

    STIPULATION RE MEDIATION
    Case No. CV 09-04173 RS

                                    1

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566

1    All appearing parties to this action together request that this Court continue the deadline to

2    conduct mediation for 30 days, and mediation from its current date of November 10th to a date

3    within that extended deadline.  This stipulation has been made because the parties have been

4    engaging in pre-mediation settlement discussions and it is their collective view that such a

5    continuance will increase the chance of a productive mediation.  The reasons for this include a

6

7    desire by the parties to conduct one or two depositions and obtain responses to outstanding

8    discovery, and continuing efforts by the parties to continue to informally educate one another

9    regarding their respective positions.  COSCO's willingness to agree to this continuance is

10   expressly conditioned that no depositions of COSCO take place in the interim.

11

12   Dated: November 4, 2010                LAW OFFICES OF ALEXANDER
                                            MOGHADDAM
13

14                                          per email
                                            authority
15                                          By:_____
                                                Alex Moghaddam
16                                          Attorneys for Defendants &
                                            Third Party Plaintiffs
17                                          HECNY SHIPPING LIMITED &
                                            HECNY TRANSPORTATION INC.
18

19

20   Dated: November 4, 2010                FLYNN, DELICH & WISE LLP

21
                                            By:_____
22                                              Conte C. Cicala
                                            Attorneys for Plaintiff, COSCO
23                                          CONTAINER LINES COMPANY LIMITED

24

25   Dated: November 4, 2010                STRASSBURG, GILMORE & WEI, LLP

26                                          per email
                                            authority
27                                          By:_____
                                                William Rivers Gilmore
28                                          Attorneys for Defendants Global Cargo
                                            Connection

STIPULATION RE MEDIATION
Case No. CV 09-04173 RS

1

2   Dated: November 4, 2010            LOMBARDI LOPER & CONANT

3

4                                      By:_____

5                                        Clyde Hutchinson
                                         Attorneys for Defendants World Way
6                                        International.

7

8                                  PROPOSED ORDER

9

10       Pursuant to Stipulation and good cause having been shown,

11      IT IS SO ORDERED.

12

13   Date: 11/5/10

14                                      _____
                                        UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE MEDIATION
Case No. CV 09-04173 RS

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566