# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED,<br><br>             Plaintiff,<br><br>     vs.<br><br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., EXEL INTERMODAL TRANSPORTATION, and DOES 1 THROUGH 10,<br><br>             Defendants. | Case No.: CV 09-4173 RS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO ALLOW DEFENDANTS AND THIRD-PARTY PLAINTIFFS HECNY SHIPPING LIMITED AND HECNY TRANSPORTATION, INC. TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT |
| HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC.,<br><br>             Third-Party Plaintiffs,<br>     vs.<br><br>EXEL INTERMODAL, INC.; GLOBAL CARGO CONNECTION; WORLD WAY INTERNATIONAL; ROYAL WHITE CEMENT; QINGDAO JUNYANG INT'L LOGISTICS CO; and ROES 2 through 10, inclusive,<br><br>             Third-Party Defendants. | Action Filed: September 9, 2009<br>Courtroom 3, 17th Floor |

Based upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that HECNY SHIPPING LIMITED and HECNY TRANSPORTATION, INC.'s First Amended Third-Party Complaint, attached hereto as Exhibit "1," is hereby deemed filed with the Court.

SO ORDERED.

Dated: __12/2/10_____      _____
HON. RICHARD SEEBORG
U.S. District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING STIPULATION TO ALLOW DEFENDANTS AND THIRD-PARTY PLAINTIFFS HECNY SHIPPING LIMITED AND HECNY TRANSPORTATION, INC. TO FILE FIRST AMENDED THIRD-PARTY COMPLAINT