1 **ROBERTS & KEHAGIARAS LLP**
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
2 adk@tradeandcargo.com
GEORGE P. HASSAPIS, ESQ. (State Bar No. 147072)
3 gph@tradeandcargo.com
One World Trade Center
4 Long Beach, CA  90831
Telephone: (310) 642-9800
5 Facsimile: (310) 868-2923

6 Attorneys for defendants and third-party plaintiffs
HECNY SHIPPING LIMITED and HECNY TRANSPORTATION, INC.
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED,<br><br>        Plaintiff,<br><br>    vs.<br><br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., EXEL INTERMODAL TRANSPORTATION, and DOES 1 THROUGH 10,<br><br>        Defendants.<br>_____<br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC.,<br><br>        Third-Party<br>        Plaintiffs,<br><br>    vs.<br><br>EXEL INTERMODAL INC.; GLOBAL CARGO CONNECTION; WORLD WAY INTERNATIONAL; ROYAL WHITE CEMENT; QINGDAO JUNYANG INT'L LOGISTICS CO.; HARJIT BHAMBRA, an individual; and ROES 1 through 10, inclusive, | **Case No. CV 09-04173 RS**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR AN ORDER CHANGING TIME FOR HECNY SHIPPING LIMITED AND HECNY TRANSPORTATION, INC. TO FILE AN OPPOSITION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>[L.R. 6-2]<br><br>TIME:       1:30 p.m.<br>DATE:       March 17, 2011<br>COURTROOM:  3, 17th Floor<br><br>JUDGE: Hon. Richard Seeborg<br><br>TRIAL DATE: July 18, 2011 |

Z:\Hecny Transportation\COSCO\MSJ-stip re opp-proposed order.doc            [PROPOSED] ORDER

1          Third-Party            )
2          Defendants.            )
                                  )

Z:\Hecny Transportation\COSCO\MSJ-stip re opp-proposed order.doc                    [PROPOSED] ORDER

1 The stipulation of plaintiff COSCO Container Lines Company Limited ("COSCO") and defendants Hecny Shipping Limited ("HSL") and Hecny Transportation, Inc. ("HTI") came on for consideration by the Honorable Richard Seeborg. The Court, having considered the parties' stipulation orders as follows: Good cause appearing, the Court hereby extends the time by which HSL and HTI must file their oppositions to COSCO's pending motion for summary judgment to noon Pacific Standard Time on February 28, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __2/24_____, 2011    _____
　　　　　　　　　　　　　　　　　　Hon. Richard Seeborg
　　　　　　　　　　　　　　　　　　United States District Judge

Z:\Hecny Transportation\COSCO\MSJ-stip re opp-proposed order.doc                    [PROPOSED] ORDER