**ROBERTS & KEHAGIARAS LLP**
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
GEORGE P. HASSAPIS, ESQ. (State Bar No. 147072)
gph@tradeandcargo.com
One World Trade Center
Long Beach, CA  90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for defendants and third-party plaintiffs
HECNY SHIPPING LIMITED and HECNY TRANSPORTATION, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED,<br><br>        Plaintiff,<br><br>    vs.<br><br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., EXEL INTERMODAL TRANSPORTATION, and DOES 1 THROUGH 10,<br><br>        Defendants.<br>_____<br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC.,<br><br>        Third-Party<br>        Plaintiffs,<br><br>    vs.<br><br>EXEL INTERMODAL INC.; GLOBAL CARGO CONNECTION; WORLD WAY INTERNATIONAL; ROYAL WHITE CEMENT; QINGDAO JUNYANG INT'L LOGISTICS CO.; HARJIT BHAMBRA, an individual; and ROES 1 through 10, inclusive, | **Case No. CV 09-04173 RS**<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING STIPULATION TO VACATE AND RE-SET FURTHER CASE MANAGEMENT CONFERENCE AND HEARING ON THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** AS MODIFIED BY THE COURT<br><br>TIME:          1:30 p.m.<br>DATE:          March 17, 2011<br>COURTROOM:     3, 17th Floor<br><br>CMC:           March 24, 2011<br><br>JUDGE: Hon. Richard Seeborg<br><br>TRIAL DATE: July 18, 2011 |

```
 1          Third-Party        )
            Defendants.        )
 2                             )
```

Z:\Hecny Transportation\COSCO\Sitp Re CMC & MSJ - order.doc

[PROPOSED] ORDER

**ROBERTS & KEHAGIARAS LLP**
www.tradeandcargo.com

The stipulation of plaintiff COSCO Container Lines Company Limited ("COSCO"), defendants and third-party plaintiffs Hecny Shipping Limited and Hecny Transportation, Inc., third-party defendants Global Cargo Connection and World Way International Inc., and third-party defendant Royal White Cement, Inc. came on for consideration by the Honorable Richard Seeborg. The Court, having considered the parties' stipulation orders as follows: Good cause appearing, the Court orders the following:

1. The Court hereby vacates the hearing date of COSCO's motion for summary judgment, currently set for 1:30 p.m. on March 17, 2011, and re-sets the same for 1:30 p.m. on __March 31__, 2011; and

2. The Court hereby vacates the telephonic further case management conference currently set for 10:00 a.m. on March 24, 2011, and re-sets the same for ~~1:30 p.m.~~ 10:00 a.m. on __May 5__, 2011; and

3. ~~The due-date for any further oppositions to COSCO's motion for summary judgment shall be _____, 2011 and the due-date for COSCO's reply shall be _____, 2011~~. The briefing schedule shall comport with Civil Local Rule 7-3.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __2/28__, 2011    _____
                          Hon. Richard Seeborg
                          United States District Judge