**\*\*E-filed 3/24/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HECNY SHIPPING LIMITED, et al.,<br><br>　　　　　Defendants.<br>_____ / | No. C 09-4173 RS<br><br>**ORDER VACATING PRIOR ORDER AND RESETTING HEARING** |

On March 23, 2011, an order issued denying plaintiff's motion for summary judgment on what were essentially procedural grounds. Counsel for Hecny Shipping Limited and Hecny Transportation Inc. (collectively "Hecny") subsequently communicated with court staff, requesting that the motion be put back on calendar, to permit him to present argument that the merits of the motion were properly before the Court under the provisions of Rule 14(c)(2) of the Federal Rules of Civil Procedure and the authority of *Royal Ins. Co. of America v. Southwest Marine*, 194 F.3d 1009, 1017 (9th Cir. 1999).

While counsel's decision to proceed in an informal and cost-effective manner by first contacting court staff is understandable, the result was an *ex parte* communication of a legal argument, to which other parties must now be given the opportunity to respond, in the event any of them disagree with the analysis that the Court may properly reach the merits of plaintiff's motion for summary judgment. Accordingly, good cause appearing, the order entered on March 23, 2011 is

vacated. Plaintiff's motion for summary judgment, now being advanced by Hecny pursuant to an assignment from plaintiff, is continued to April 14, 2011 at 1:30 p.m.  The Court reserves the right to take the matter under submission without oral argument pursuant to Civil Local Rule 7-1(b), and will notify the parties in advance if it does so.  Any party wishing to respond to Hecny's argument that the motion is properly before the court pursuant to Rule 14(c)(2) and *Royal Insurance*, may file a brief, not to exceed three pages, no later than April 1, 2011.

IT IS SO ORDERED.

Dated:  3/24/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2