*E-Filed 5/2/11*

1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:      (510) 433-2699
6
   Attorneys for Third-Party Defendant
7  ROYAL WHITE CEMENT, INC

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED,<br><br>          Plaintiff,<br><br>v.<br><br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., EXEL INTERMODAL TRANSPORTATION, and DOES 1 THROUGH 10,<br><br>          Defendants. | Case No.  3:09-cv-04173 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| AND RELATED THIRD PARTY COMPLAINT AND CROSS CLAIMS | |

30931-39520 LSM 597379.1                          1                          Case No. 3:09-cv-04173 RS

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

# STIPULATION

The parties hereby request the court to continue the case management conference currently scheduled on May 5, 2011 to June 2, 2011, pending the Court's decision on the motion for summary judgment filed by plaintiff Cosco Container Lines Company Limited. The parties will be in a better position to know how to proceed with this litigation once the Court's ruling on the motion is made.

Dated: April 27, 2011    ROBERTS & KEHAGIARAS LLP

By: /s/ Andrew D. Kehagiaras
Andrew D. Kehagiaras
Attorneys for Defendant and
Third Party Plaintiffs HECNY SHIPPING LIMITED & HECNY TRANSPORTATION, INC.

Dated: April 27, 2011    LOMBARDI, LOPER & CONANT, LLP

By: /s/ Liza Siu Mendoza
Liza Siu Mendoza
Attorneys for Third-Party Defendant
ROYAL WHITE CEMENT, INC.

Dated: April 27, 2011    STRASSBURG, GILMORE & WEI, LLP

By: /s/ William R. Gilmore
William R. Gilmore
Attorneys for Third-Party Defendant
GLOBAL CARGO CONNECTION and WORLD WAY INTERNATIONAL INC.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

30931-39520 LSM 597379.1                    2                    Case No. 3:09-cv-04173 RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**ORDER**

Having considered the stipulation above, good cause appearing, the Court hereby continues the case management conference currently set on May 5, 2011 to June 2, 2011 at 10:00 a.m.

Dated: __4/28_____, 2011

By: _____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

LOMBARDI, LOPER & CO NANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

30931-39520 LSM 597379.1    3    Case No. 3:09-cv-04173 RS
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE