# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED,<br><br>        Plaintiff,<br><br>    vs.<br><br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., EXEL INTERMODAL TRANSPORTATION, and DOES 1 THROUGH 10,<br><br>        Defendants.<br>_____<br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC.,<br><br>        Third-Party<br>        Plaintiffs,<br><br>    vs.<br><br>EXEL INTERMODAL INC.; GLOBAL CARGO CONNECTION; WORLD WAY INTERNATIONAL; ROYAL WHITE CEMENT; QINGDAO JUNYANG INT'L LOGISTICS CO.; HARJIT BHAMBRA, an individual; and ROES 1 through 10, inclusive, | **Case No. CV 09-04173 RS**<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF PARTIES THAT NEVER APPEARED IN THE ACTION**<br><br>[Fed. R. Civ. P. 40(a)(2)]<br><br>JUDGE: Hon. Richard Seeborg |

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

|  |  |
|---|---|
| Third-Party Defendants. | ) ) ) ) |

The stipulation of defendants and third-party plaintiffs Hecny Shipping Limited and Hecny Transportation, Inc., third-party defendant Global Cargo Connection, and third-party defendant Royal White Cement, Inc. came on for consideration by the Honorable Richard Seeborg.  The Court, having considered the parties' stipulation, hereby orders the dismissal without prejudice of defendant and third-party defendant Exel Intermodal Inc., third-party defendant Qingdao Junyang Int'l Logistics Co., and third-party defendant Harjit Bhambra.

IT IS SO ORDERED.

Dated: __12/27_____, 2011        _____
                                  Hon. Richard Seeborg
                                  United States District Judge