*E-Filed 12/28/11*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED, | **Case No. CV 09–04173 RS** |
| Plaintiff, | **[~~PROPOSED~~] ORDER RE: STIPULATION RE: VOLUNTARY DISMISSAL OF DEFENDANT EXEL INTERMODAL TRANSPORTATION AND THIRD–PARTY DEFENDANT WORLD WAY, INC.** |
| vs. | |
| HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., EXEL INTERMODAL TRANSPORTATION, and DOES 1 THROUGH 10, | [Fed. R. Civ. P. 40(a)(1)(A)(ii)]<br><br>JUDGE: Hon. Richard Seeborg |
| Defendants. | |
| HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., | |
| Third–Party Plaintiffs, | |
| vs. | |
| EXEL INTERMODAL INC.; GLOBAL CARGO CONNECTION; WORLD WAY INTERNATIONAL; ROYAL WHITE CEMENT; QINGDAO JUNYANG INT'L LOGISTICS CO.; HARJIT BHAMBRA, an individual; and ROES 1 through 10, inclusive, | |

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Z:\Hecny Transportation\COSCO\Stipulation Re Dismissal – Exel & WWI – proposed order.docx

[~~PROPOSE~~D] ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL

| | |
|---|---|
| Third-Party Defendants. | ) ) ) ) |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Z:\Hecny Transportation\COSCO\Stipulation Re Dismissal – Exel
& WWI – proposed order.docx

[PROPOSED]  ORDER RE: STIPULATION
FOR VOLUNTARY DISMISSAL

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

1    The stipulation of defendants and third-party plaintiffs

2 Hecny Shipping Limited ("HSL") and Hecny Transportation, Inc.

3 ("HTI"), in their own capacities and as assignees of plaintiff

4 COSCO Container Lines Company Limited ("COSCO"), third-party

5 defendant Global Cargo Connection, and third-party defendant

6 Royal White Cement, Inc. came on for consideration by the

7 Honorable Richard Seeborg.  The Court, having considered the

8 parties' stipulation, hereby orders the dismissal, without

9 prejudice, of COSCO's complaint as to defendant Exel Intermodal

10 Inc., and of HSL and HTI's first amended third-party complaint,

11 with prejudice, as to third-party defendant World Way

12 International, Inc.

13

14    IT IS SO ORDERED.

15

16 Dated: __12/28_____, 2011    _____

17    Hon. Richard Seeborg
      United States District Judge

18

19

20

21

22

23

24

25

26

27

28

1

Z:\Hecny Transportation\COSCO\Stipulation Re Dismissal – Exel
& WWI – proposed order.docx

[PROPOSED] ORDER RE: STIPULATION
FOR VOLUNTARY DISMISSAL