*E-Filed 12/28/11*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| COSCO CONTAINER LINES COMPANY LIMITED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC., EXEL INTERMODAL TRANSPORTATION, and DOES 1 THROUGH 10,<br><br>　　　　Defendants.<br>―――――――――――――――――――<br>HECNY SHIPPING LIMITED, HECNY TRANSPORTATION INC.,<br><br>　　　　Third-Party<br>　　　　Plaintiffs,<br><br>　vs.<br><br>EXEL INTERMODAL INC.; GLOBAL CARGO CONNECTION; WORLD WAY INTERNATIONAL; ROYAL WHITE CEMENT; QINGDAO JUNYANG INT'L LOGISTICS CO.; HARJIT BHAMBRA, an individual; and ROES 1 through 10, inclusive, | **Case No. CV 09-04173 RS**<br><br>**[PROPOSED] ORDER RE: STIPULATION RE: VOLUNTARY DISMISSAL OF DEFENDANT EXEL INTERMODAL TRANSPORTATION AND THIRD-PARTY DEFENDANT WORLD WAY, INC.**<br><br>[Fed. R. Civ. P. 40(a)(1)(A)(ii)]<br><br>JUDGE: Hon. Richard Seeborg |

|   |   |
|---|---|
| Third-Party Defendants. | ) ) ) ) |

1  The stipulation of defendants and third-party plaintiffs Hecny Shipping Limited ("HSL") and Hecny Transportation, Inc. ("HTI"), in their own capacities and as assignees of plaintiff COSCO Container Lines Company Limited ("COSCO"), third-party defendant Global Cargo Connection, and third-party defendant Royal White Cement, Inc. came on for consideration by the Honorable Richard Seeborg. The Court, having considered the parties' stipulation, hereby orders the dismissal, without prejudice, of COSCO's complaint as to defendant Exel Intermodal Inc., and of HSL and HTI's first amended third-party complaint, with prejudice, as to third-party defendant World Way International, Inc.

IT IS SO ORDERED.

Dated: 12/28, 2011

_____
Hon. Richard Seeborg
United States District Judge